No. 89–1237. GOGOLIN & STELTER v. FIRST CITY BANK, BELLAIRE, N. A.  C. A. 5th Cir.  Certiorari denied. ▮

No. 89–1239.  CHIA v. LUJAN, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 89–1244.  SHARP v. INDIANA.  Sup. Ct. Ind.  Certiorari denied. ▮

No. 89–1245.  COHEN ET AL. v. REED ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied. ▮

No. 89–1248.  RAMPP v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 89–1251.  WRENN v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 89–1260.  BAUR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 89–1266.  CHAMBERLIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 89–1271.  JUPIN v. STETZER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–1278.  MERKOW v. LAWN, ADMINISTRATOR OF THE DRUG ENFORCEMENT ADMINISTRATION.  C. A. 3d Cir.  Certiorari denied. ▮

No. 89–1292.  BYERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 89–1301.  SAFIR v. UNITED STATES LINES, INC., ET AL. (two cases).  C. A. 2d Cir.  Certiorari denied.

No. 89–5448.  GROFF v. HUMMER ET AL.  C. A. 3d Cir.  Certiorari denied. ▮